FILED

JAN 2 6 2010

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE BARRY T. MOSKOWITZ)**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal No. 09CR3598-BTM |
| Plaintiff, ) | |
| v. ) | |
| LUIS ESQUEDA-HERNANDEZ, ) | **ORDER** |
| Defendant. ) | **ADMITTING COMPUTER EQUIPMENT INTO COURTROOM** |

**IT IS HEREBY ORDERED** that counsel for Mr. Esqueda-Hernadez, or employees of the Federal Defenders of San Diego, Inc., may bring computer equipment into Courtroom 15 for trial in the above-captioned case.

Dated: 1-26-2010

_____
HONORABLE BARRY T. MOSKOWITZ
United States District Judge

09CR3598-BTM